**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randolph D. Wolfson,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>J. William Brammer, Jr., et al.,<br><br>　　　　Defendants. | No. CIV 06-2357-PHX-SMM<br><br>**ORDER** |

Based on a review of the Court's records, a Motion to Exceed Page Limitation filed by Defendants (Doc. No. 34) remains pending before the Court. Because the Court denied Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order on November 3, 2006, this motion is moot and will be denied. Accordingly,

**IT IS HEREBY ORDERED** the Motion to Exceed Page Limitation filed by Defendants (Doc. No. 34) is **DENIED**.

DATED this 9th day of November, 2006.

Stephen M. McNamee
United States District Judge